UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DE'ANDRE LAVELLE KENDRICK,

                    Plaintiff,

        -against-

ALI, et al.,

                  Defendants.

25cv10256 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 4, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 6, 2026
            New York, New York

                           /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                     Chief United States District Judge